IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| FARMAKEIO OUTSOURCING, LLC § § § Plaintiff, § § v. § UNITED STATES FOOD AND § DRUG ADMINISTRATION, ET AL., § § Defendants. § | Civil Action No. 4:24-CV-01040-O |

ORDER GRANTING JOINT MOTION TO SET A SUMMARY JUDGMENT BRIEFING SCHEDULE AND TO STAY DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT

Having considered the Parties' Joint Motion to Set a Summary Judgment Briefing Schedule and to Stay Defendants' Deadline to Respond to the Complaint, and for good cause shown, the Court hereby enters the following briefing schedule:

| Event | Deadline |
|---|---|
| Production of the Administrative Record | January 31, 2025 |
| Plaintiff's Motion for Summary Judgment | March 17, 2025 |
| Defendants' Combined Opposition to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment | May 1, 2025 |
| Plaintiff's Combined Reply ISO its Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment | June 16, 2025 |
| Defendants' Reply ISO their Cross-Motion for Summary Judgment | July 16, 2025 |

The Court also stays Defendants' deadline to respond to the Complaint pending its ruling on the forthcoming cross-motions for summary judgment.

**SO ORDERED** on this **20th** day of **November, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE