IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **FARMAKEIO OUTSOURCING, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-CV-01040-O |
| | § | |
| **UNITED STATES FOOD AND DRUG ADMINISTRATION, ET AL.,** | § § § | |
| | § | |
| Defendant. | § | |
| | § | |
| **HOPE MEDICAL ENTERPRISES, INC. D/B/A HOPE PHARMACEUTICALS,** | § § § | |
| | § | |
| Movant-Intervenor. | § | |

# ORDER

Before the Court is the unopposed motion to intervene filed by Hope Medical Enterprises, Inc. d/b/a Hope Pharmaceuticals ("Hope"). ECF No. 30. Noting that the motion is unopposed and having considered all materials submitted in connection with the motion with the good cause therefore appearing, the Court **GRANTS** the motion. The deadlines that apply to Defendants under the Court's November 20, 2024, scheduling order (ECF No. 20) shall apply equally to Hope.

**SO ORDERED** on this **3rd** day of **February, 2025.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE