# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| FARMAKEIO OUTSOURCING, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  4:24-CV-01040-O |
| § | |
| UNITED STATES FOOD AND DRUG § | |
| ADMINISTRATION, ET AL., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendant's Notice of Withdraw of Appearance. ECF No. 34. After considering the Motion, the Court is of the opinion that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that Amber M. Charles is hereby withdrawn as counsel of record for Defendant. The Clerk is **DIRECTED** to remove Amber M. Charles from the electronic service list in this case.

**SO ORDERED** on this **10th day** of **February, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1